## ANDREW J. BELKNAP, RESPONDENT, *v.* WENDELL M. BENDER, APPELLANT.

*Statute of frauds — promise to pay debt of another.*

A being indebted to B for sawing lumber at A's mill, conveyed his property to C, who hired B to continue the running of the mill, saying that he would pay him the same that A had paid him, and saying further, that he had made arrangements with A to pay A's debt to the plaintiff, and that he would pay him the back pay that was coming to him. *Held*, that the agreement to pay A's debt was void under the statute of frauds. (*Pfeiffer* v. *Adler*, 37 N. Y., 164; *Mallory* v. *Gillet*, 21 id., 412.)

THIS is an appeal from a judgment entered upon the verdict of a jury, rendered at the Lewis Circuit in June, 1874.

*C. D. Adams*, for the appellant.

*J. Thomas Spriggs*, for the respondent.

Opinion by MORGAN, J.

Present — MULLIN, P. J., SMITH and MORGAN, JJ.

Judgment reversed and new trial granted, costs to abide event.